# United States Bankruptcy Court
## District of Colorado

In re __Nu Style Landscape & Development, LLC__

Debtor(s)

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __October 2, 2023__

/s/ Michael Moilanen
**Michael Moilanen/Managing Member**
Signer/Title

53 Corporation, LLC
5655 Peterson Road
Sedalia, CO 80135


A-1 Backflow
3110 Century Street
Colorado Springs, CO 80907


ADT Security
P.O. Box 373878
Pittsburgh, PA 15250-7878


American Express
P.O. Box 650448
Dallas, TX 75265


American Express
200 Vesey Street
New York, NY 10281


Andrew J. Felser, Esq.
Rebecca A. Mastel, Esq.
Glade Voogt Lopez Smith Felser, PC
1800 Gaylord Street
Denver, CO 80206


Balboa Capital Corporation
575 Anton Blvd.
12th Floor
Costa Mesa, CA 92626


BC Services, Inc.
550 Disc Drive
Longmont, CO 80503


BLR Creative
25 New Castle Way
Aurora, CO 80018

Bluevine Capital, Inc.
401 Warren Street
Suite 300
Redwood City, CA 94063


Bobcat of the Rockies
10397 Havana Street
Henderson, CO 80640


Boris Yankovich, Esq.
1 World Trade Center
Suite 8500
New York, NY 10007


Byrant Convenience, Inc.
510 Bryant Street
Denver, CO 80204


CIT Bank, N.A.
10201 Centurion Parkway North
Jacksonville, FL 32256


Cloud Fund, LLC
dba Delta Funding
400 Rella Blvd.
Suite 165-101
Suffern, NY 10901


Colin Simpson, Esq.
1702 N. Collins Blvd.
Suite 100
Richardson, TX 75080


Colorado Department of Labor
633 17th Street, Suite 201
Denver, CO 80202-3660

```
Core & Main LP
9451 Yosemite Street
Henderson, CO 80640


CPS Distributors
1105 W. 122nd Avenue
Denver, CO 80234


CT Corporation System
Attn  SPRS
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203


David Bashford, Esq.
Kevin C. Paul, Esq.
Range, P.C.
600 Grant Street, Suite 650
Denver, CO 80203


David C. Walker, Esq.
Brown Dunning Walker Fein Drusch PC
7995 E. Prentice Avenue, Suite 101E
Greenwood Village, CO 80111


Davinci Sign Systems, Inc.
4496 Bents Drive
Unit A
Windsor, CO 80550


DBC Irrigations Supply
5805 E. 39th Avenue
Denver, CO 80207


Denver Rock Company & Distribution Cente
P.O. Box 393
Timnath, CO 80547
```

Diesel Funding
1100 NE 163rd Street
Suite 404
Miami, FL 33162


E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217


Edmonson, Inc.
dba Arbor Valley Nursery
1839 County Road 4
Brighton, CO 80603


Emerald Sod Farms
31581 E. 128th Avenue
Commerce City, CO 80022


Enterprise Fleet Management
7201 S. Fulton St.
Centennial, CO 80112


Ferguson Waterworks #1116
P.O. Box 802817
Chicago, IL 60680-2817


First Citizens Bank & Trust Company
10201 Centurion Parkway N.
Suite 100
Jacksonville, FL 32256


First Corporate Solutions
914 S. Street
Sacramento, CA 95811


Fuelman CC
109 Northpark Blvd.
Suite 500
Covington, LA 70433-5014

Fuelman/Fleet
P.O. Box 70887
Charlotte, NC 28272-0887


Green Spot, Inc.
6776 N. 107th
Longmont, CO 80501


Hamilton Faatz, PC
5105 DTC Parkway
Suite 475
Greenwood Village, CO 80111


IJM Landscaping
6260 Ivy Way
Commerce City, CO 80022


Image 360
9750 E. Easter Avenue
Suite 145
Centennial, CO 80112


Industrial Fastener
210 Wyandot Street
Denver, CO 80223


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Isaac H. Greenfield, Esq.
2 Executive Blvd.
Suite 305
Suffern, NY 10901


J&R Construction LLC
18267 E. 52nd Ave.
Denver, CO 80249

Just Be You, Inc.
dba Star Playgrounds
9892 Titan Park
Unit 1
Littleton, CO 80125


Klaudia Palczynska, Esq.
McFarland Litigation Partners, LLC
910 13th Street, Suite 200
Golden, CO 80401


Kory D. George, Esq.
Laura J. DePetro, Esq.
Woods Aitken LLP
7900 E. Union Ave., Suite 700
Denver, CO 80237


Lightgig Communications, LLC
2809 E. Harmony Rd.
Suite 310
Fort Collins, CO 80528


Linxup
424 S. Woods Mill Road
Suite 210
Chesterfield, MO 63017


Martinez, Joshua
10200 Trainstation Circle
Unit 417
Lone Tree, CO 80124


Michael Moilenan
646 Bryant Street
Denver, CO 80204


Moilenan, Michael
646 Bryant Street
Denver, CO 80204

Moilenan, Nate
646 Bryant Street
Denver, CO 80204


Mullen Tire
5901 Dexter St.
Commerce City, CO 80022


Navtek Directional Serv.
8500 E. Warren Avene
Denver, CO 80231


Neda Construction, LLC
11214 Cimarron Street
Firestone, CO 80504


O'Reilly Auto Parts
2953 W. 38th Avenue
Denver, CO 80211


Office Automation Technologies, Inc.
11919 W. Interstate Frontage Road N
Unit 123
Wheat Ridge, CO 80033


Paychex, Inc.
Attn Amanda Reisman
220 Kenneth Drive
Rochester, NY 14623


Pioneer Sand & Gravel Co.
630 Plaza Drive
Suite 150
Littleton, CO 80129


PNC Equipment Finance, LLC
655 Business Center Drive
Suite 250
Horsham, PA 19044

Professional Paving and Landscaping, LLC
1479 W. Byers Place
Denver, CO 80223


PSI - Digitial Imaging Solutions
10475 Irma Drive, #2
Denver, CO 80233


Public Service Company
1800 Larimer Street
11th Floor
Denver, CO 80202


Purchase Green
3194 Industrial Way
Suite K
Castle Rock, CO 80109


Pynergy Petroleum, LLC
5480 Brighton Blvd.
Commerce City, CO 80022


Rachel E. Ryckman, Esq.
White and Steele, P.C.
600 17th Street
Suite 600N
Denver, CO 80202


Roller & Associates, Inc.
7500 York Street
Denver, CO 80229


Shirtworks
11745 W. 81st Avenue
Arvada, CO 80005

Siemens Industry, Inc.
143 Union Blvd.
Suite 300
Denver, CO 80228


SiteOne Landscape Supply, LLC
24110 Network Place
Chicago, IL 60673-1241


SiteOne Landscape Supply, LLC
300 Colonial Center Parkway
Suite 600
Roswell, GA 30076


Staples
P.O. Box 105638
Atlanta, GA 30348-5638


State of Colorado
Department of Revenue
1881 Pierce Street
Entrance B
Lakewood, CO 80214


Stericycle-Shred It
3925 N. Monaco Parkway
Unit D
Denver, CO 80207


Syrpes Management, LLC
1501 W. Cedar Avenue
Denver, CO 80223


The Milk Block, LLC
3801 W. 41st Avenue
Denver, CO 80211

Tool Box
169 Madison Avenue
Suite 2032
New York, NY 10016


Town of Erie
P.O. Box 750
Erie, CO 80516


Treesource
9610 Motsenbocker Rd.
Parker, CO 80134


United Rentals
8080 Carder Court
Littleton, CO 80125-9704


VDL Concrete, LLC
13361 Randolph Place
Denver, CO 80239


Waste Connections of Colorado
5500 Franklin Street
Denver, CO 80216


Weifield Group
6950 S. Jordan Rd.
Centennial, CO 80112


Wolf's Site Services
7687 S. Patsburg Way
Aurora, CO 80016


Workwell Occupational Medicine
164 Primrose Court
Longmont, CO 80501

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477


Xerox Financial Services
4114 Timberline Road
Fort Collins, CO 80525