Fill in this information to identify the case:

Debtor name: **Nu Style Landscape & Development, LLC**
United States Bankruptcy Court for the: DISTRICT OF COLORADO
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bobcat of the Rockies<br>10397 Havana Street<br>Henderson, CO 80640 | | Equipment | | | | $50,169.51 |
| Byrant Convenience, Inc.<br>510 Bryant Street<br>Denver, CO 80204 | | Supplies | | | | $28,849.57 |
| DBC Irrigations Supply<br>5805 E. 39th Avenue<br>Denver, CO 80207 | | Materials: Comm. - $502,670/51<br>Materials: Maintenance - $13,418.85<br>Note for Materials - $438,855.45<br>Materials: Production - $115,217.86<br>Materia | | | | $1,078,803.82 |
| Denver Rock Company & Distribution Cente<br>P.O. Box 393<br>Timnath, CO 80547 | | Materials | | | | $244,584.46 |
| E-470 Public Highway Authority<br>P.O. Box 5470<br>Denver, CO 80217 | | Tolls | | | | $29,981.03 |
| Edmonson, Inc. dba Arbor Valley Nursery<br>1839 County Road 4<br>Brighton, CO 80603 | | Materials Judgment dated 8/22/23 | | | | $660,838.88 |

Debtor  **Nu Style Landscape & Development, LLC**    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Emerald Sod Farms<br>31581 E. 128th Avenue<br>Commerce City, CO 80022 | | Materials | | | | $133,782.04 |
| Fuelman/Fleet<br>P.O. Box 70887<br>Charlotte, NC 28272-0887 | | Gas | | | | $32,812.77 |
| Green Spot, Inc.<br>6776 N. 107th<br>Longmont, CO 80501 | | Materials | | | | $974,529.30 |
| J&R Construction LLC<br>18267 E. 52nd Ave.<br>Denver, CO 80249 | | Subcontractor | | | | $57,182.00 |
| Just Be You, Inc. dba Star Playgrounds<br>9892 Titan Park Unit 1<br>Littleton, CO 80125 | | Subcontractor Judgment | | | | $133,617.58 |
| Navtek Directional Serv.<br>8500 E. Warren Avene<br>Denver, CO 80231 | | Subcontractor | | | | $41,345.00 |
| Paychex, Inc.<br>Attn: Amanda Reisman<br>220 Kenneth Drive<br>Rochester, NY 14623 | | Payroll services | | | | $62,114.16 |
| Pioneer Sand & Gravel Co.<br>630 Plaza Drive Suite 150<br>Littleton, CO 80129 | | Materials | | | | $216,393.81 |
| Roller & Associates, Inc.<br>7500 York Street<br>Denver, CO 80229 | | Judgment | | | | $32,377.67 |
| Siemens Industry, Inc.<br>143 Union Blvd. Suite 300<br>Denver, CO 80228 | | Materials | | | | $31,913.00 |

Debtor __Nu Style Landscape & Development, LLC__   Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SiteOne Landscape Supply, LLC<br>24110 Network Place<br>Chicago, IL 60673-1241 | | Materials Lawsuit pending | | | | $1,140,267.06 |
| The Milk Block, LLC<br>3801 W. 41st Avenue<br>Denver, CO 80211 | | Rent | | | | $44,228.75 |
| Tool Box<br>169 Madison Avenue<br>Suite 2032<br>New York, NY 10016 | | Credit Card | | | | $35,000.00 |
| Weifield Group<br>6950 S. Jordan Rd.<br>Centennial, CO 80112 | | Subcontractor Judgment | | | | $72,969.37 |