**CASH FLOW BREAKDOWN**  9/25/2023

| MONTH | OCTOBER |
|---|---|
| DIVISION | BILLING |
| COMMERCIAL | $ 750,000.00 |
| PRODUCTION | $ 250,000.00 |
| MAINTENANCE | $ 142,931.00 |
| SNOW | $ 150,000.00 |
| | $ 1,292,931.00 |

| COSTS | PAYMENTS |
|---|---|
| RENTS (OFF-YARD) | $ 16,167.00 |
| PAYMENTS (EQ/TRK) | $ 8,851.77 |
| TRUCK LEASE | $ 15,256.00 |
| OPS COST-PHONES / CELL | $ 2,691.00 |
| UTILITIES | $ 750.00 |
| INSURANCE - GL/ AUTO | $ 24,794.00 |
| INSURANCE - WC | $ 11,585.00 |
| INSURANCE - HEALTH | $ 10,260.00 |
| FUEL/ SHOP | $ 10,000.00 |
| **PAYROLL - OFFICE** | **$ 62,000.00** |
| **PAYROLL - FIELD** | **$ 323,000.00** |
| **MATERIALS** | **$ 513,000.00** |
| PROFESSIONAL FEES | $ 6,000.00 |
| MEMBERSHIP FEES | $ 1,500.00 |
| | $ 1,005,854.77 |

| | |
|---|---|
| REVENUE | $ 1,292,931.00 |
| COSTS | $ 1,005,854.77 |
| DIFFERENCE | $ 287,076.23 |
| | 22% |

| MONTH | NOVEMEBER |
|---|---|
| DIVISION | BILLING |
| COMMERCIAL | $ 550,000.00 |
| PRODUCTION | $ 150,000.00 |
| MAINTENANCE | $ 55,000.00 |
| SNOW | $ 220,000.00 |
| | $ 975,000.00 |

| COSTS | PAYMENTS |
|---|---|
| RENTS (OFF-YARD) | $ 16,167.00 |
| PAYMENTS (EQ/TRK) | $ 8,851.77 |
| TRUCK LEASE | $ 15,256.00 |
| OPS COST-PHONES / CELL | $ 2,691.00 |
| UTILITIES | $ 750.00 |
| INSURANCE - GL/ AUTO | $ 24,794.00 |
| INSURANCE - WC | $ 11,585.00 |
| INSURANCE - HEALTH | $ 10,260.00 |
| FUEL/ SHOP | $ 10,000.00 |
| **PAYROLL - OFFICE** | **$ 62,000.00** |
| **PAYROLL - FIELD** | **$ 265,000.00** |
| **MATERIALS** | **$ 340,000.00** |
| PROFESSIONAL FEES | $ 6,000.00 |
| MEMBERSHIP FEES | $ 1,500.00 |
| | $ 773,354.77 |

| | |
|---|---|
| REVENUE | $ 975,000.00 |
| COSTS | $ 773,354.77 |
| DIFFERENCE | $ 201,645.23 |
| | 21% |

| MONTH | DECEMBER |
|---|---|
| DIVISION | BILLING |
| COMMERCIAL | $ 350,000.00 |
| PRODUCTION | $ 150,000.00 |
| MAINTENANCE | $ 25,000.00 |
| SNOW | $ 250,000.00 |
| | $ 775,000.00 |

| COSTS | PAYMENTS |
|---|---|
| RENTS (OFF-YARD) | $ 16,167.00 |
| PAYMENTS (EQ/TRK) | $ 8,851.77 |
| TRUCK LEASE | $ 15,256.00 |
| OPS COST-PHONES / CELL | $ 2,691.00 |
| UTILITIES | $ 750.00 |
| INSURANCE - GL/ AUTO | $ 24,794.00 |
| INSURANCE - WC | $ 11,585.00 |
| INSURANCE - HEALTH | $ 10,260.00 |
| FUEL/ SHOP | $ 10,000.00 |
| **PAYROLL - OFFICE** | **$ 62,000.00** |
| **PAYROLL - FIELD** | **$ 218,000.00** |
| **MATERIALS** | **$ 250,000.00** |
| PROFESSIONAL FEES | $ 6,000.00 |
| MEMBERSHIP FEES | $ 1,500.00 |
| | $ 636,354.77 |

| | |
|---|---|
| REVENUE | $ 775,000.00 |
| COSTS | $ 636,354.77 |
| DIFFERENCE | $ 138,645.23 |
| | 18% |

Exhibit 1  
Page 1 of 1