# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 23-14475-TBM |
| Nu Style Landscape & Development, LLC, | Chapter 11 |
| EIN 46-3198738 | |
| Debtor. | |

## NOTICE OF ERRATA

Debtor-in-Possession Nu Style Landscape & Development, LLC, by and through undersigned counsel, submits this Notice of Errata, and in support thereof, states as follows.

1. On October 2, 2023, the Debtor filed its voluntary bankruptcy petition under Chapter 11 of the United State Bankruptcy Code, 11 U.S.C. § 101 et seq. [Docket No. 1].

2. The Debtor is a debtor-in-possession of its scheduled property and will continue operating and managing its various businesses under 11 U.S.C. §§ 1107, 1108.

3. On October 3, 2023, Debtor filed its Motion for Authority to Use Cash Collateral on Interim and Final Basis (the "Motion"). [Docket No. 14].

4. On October 3, 2023, Debtor also filed its Motion Seeking Expedited Entry of Order, which seeks, in part, an expedited order and hearing as to the Motion. [Docket No. 18].

5. As required by L.B.R. 2081-1(a)(3), in conjunction with the Motion to Expedite, Debtor also filed the Declaration of Michael Moilanen in support thereof. [Docket No. 18-1].

6. Contained within the Motion and Declaration is a statement concerning secured debt owed to BC, Services, Inc., on behalf of the Colorado Department of Revenue, as follows:

> Colorado Department of Revenue, c/o BC Services, Inc. – Debtor owes state back taxes of approximately $238,000.00 to the Colorado Department of Revenue, through their apparent collections agent BC Services, Inc. The Colorado Department of Revenue may have a lien, but the

> involvement of BC Services as a creditor makes it unclear as to who the real party in interest is and what their rights may be with respect to this debt. Nevertheless, for the purposes of this Motion, Debtor will treat BC Services as secured.

[Docket Nos. 14, 18-1].

7. Contained within the Motion and Declaration is also a statement concerning debt owed to the Internal Revenue Service, as follows:

> Internal Revenue Service – Debtor owes federal back taxes of approximately $1,567,423.00 to the Internal Revenue Service. Though Debtor is not aware of any liens, the Debtor will provide the Internal Revenue Service with notice of this Motion as well.

[Docket Nos. 14, 18-1].

8. At the time the Debtor filed the Motion and Declaration, it believed that it did in fact owe this debt to BC Services, Inc. and the Colorado Department of Revenue, as well as the Internal Revenue Service.

9. However, after further investigation, Debtor has learned that it does not owe these debts, which are now understood to be personal debts of Michael Moilanen, President of the Debtor.

10. Pursuant to L.B.R. 2081-1(b)(2)(E), Debtor has and will continue to provide required notice of the Motion, Motion to Expedite and Declaration to BC Services, Inc., the Colorado Department of Revenue and the Internal Revenue Service.

**Wherefore**, Debtor-in-Possession, Nu Style Landscape & Development, LLC respectfully requests that the Court consider this Notice of Errata in conjunction with previous fililngs described herein.

Dated this 4th day of October 2023.

Respectfully submitted,

/s/ Bailey C. Pompea
Jeffrey A. Weinman, Colorado Bar No. 7605
Bailey C. Pompea, Colorado Bar No. 48597
Allen Vellone Wolf Helfrich & Factor P.C.

1600 Stout Street, Suite 1900, Denver, Colorado 80202
(303) 534-4499
JWeinman@allen-vellone.com
BPompea@allen-vellone.com

*Counsel for Debtor-In-Possession*
*Nu Style Landscape & Development, LLC*

## Certificate of Service

  I certify that on the 4th day of October 2023, I electronically filed the foregoing, and a copy will be served via this Court's CM/ECF system on the following:

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Alan K. Motes
Alan.Motes@usdoj.gov

           */s/Bailey C. Pompea*
           ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.