# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 23-14475-TBM |
| Nu Style Landscape & Development, LLC, | Chapter 11 |
| EIN 46-3198738 | |
| Debtor. | |

### INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL [Dkt. No. 14]

UPON CONSIDERATION of the Motion of the Debtor and Debtor in Possession for entry of an order authorizing the use of cash collateral on an interim basis ("Motion"), the Stipulation with DBC Irrigation Supply [Doc# 37] (the "Stipulation"), and setting a final hearing, and any additional papers filed in opposition thereto and in further support thereof; and having heard the arguments of counsel; and having considered the proffers presented; and due and proper notice of the Motion having been provided; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. That adequate protection of Bluevine Capital, Inc., CloudFund, LLC, Diesel Funding, LLC, the Colorado Department of Revenue and any other party asserting an interest in the Debtor's cash, cash equivalents, accounts, and accounts receivable (collectively, "Secured Creditors"), interests in cash collateral proposed to be used by the Debtor in accordance with the Budget that accompanies the Motion is approved as follows:

   a. The Debtor will provide the Secured Creditors with a post-petition lien on all post-petition inventory and income derived from the operation of the business and assets, to the extent that the use of the cash results in a decrease in the value of the Secured Creditors' interest in the collateral

  pursuant to 11 U.S.C. § 361(2). All replacement liens will hold the same relative priority to assets as did the pre-petition liens;

 b. The Debtor will only use cash collateral in accordance with the Budget attached to its Motion as <u>Exhibit 1</u> subject to a deviation on line item expenses not to exceed 10% without the prior agreement of secured creditors or an order of the Court;

 c. The Debtor will keep the Secured Creditors' collateral fully insured;

 d. The Debtor will provide the Secured Creditors with a complete accounting, on a monthly basis, of all revenue, expenditures, and collections through the filing of the Debtor's Monthly Operating Reports;

 e. The Debtor will pay all its post-petition taxes; and

 f. The Debtor will maintain in good repair all of the Secured Creditors' collateral.

3. The Debtor's use of cash collateral pursuant to this Order is authorized with a complete reservation of rights of the Secured Creditors or any other secured creditor to its various claims and lien positions in and to the Debtor's assets.

4. Debtor shall file a Motion to approve the Stipulation within three (3) business days from the date of this Order, with proper notice to creditors.

5. Nothing in this Order prohibits the Debtor from transferring trust funds to creditors that are not property of the Estate, pursuant to applicable law.

6. A final hearing on the Debtor's Motion is set for: November 13, 2023 at 1:30 p.m.

Dated: October 6, 2023          BY THE COURT:

                 */s/ Kimberley H. Tyson*
                 _____
                 Honorable Kimberley H. Tyson
                 Chief Judge U. S. Bankruptcy Court