# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| NU STYLE LANDSCAPE & ) | |
|   DEVELOPMENT, LLC, ) | Case No. 23-14475 TBM |
| ) | |
| EIN: 46-3198738, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

    PLEASE TAKE NOTICE that Kevin S. Neiman of the Law Offices of Kevin S. Neiman, pc hereby enters his appearance on behalf of Pinnacol Assurance, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all notices given or required to be served in this case upon such counsel at the address listed below:

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, pc
999 18th Street, Suite 1230 S
Denver, CO  80202
Tel: (303) 996-8637
Fax: (877) 611-6839
E-mail: kevin@ksnpc.com

    PLEASE TAKE FURTHER NOTICE the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, e-mail, telephone, telecopier, or otherwise.

    PLEASE TAKE FURTHER NOTICE that neither this Notice nor any subsequent appearance, pleading, document, claim, or suit is intended in any manner to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to jury trial in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to compel arbitration and/or seek and obtain stay relief to continue any pending, but stayed, arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Pinnacol Assurance is or may be entitled under, *inter alia*, agreements, in law, or in equity, all of which are expressly reserved.

Dated: October 27, 2023.   Respectfully submitted,

LAW OFFICES OF KEVIN S. NEIMAN, PC

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
999 18th Street, Suite 1230 S
Denver, CO  80202
Tel: (303) 996-8637
Fax: (877) 611-6839
E-mail: kevin@ksnpc.com

*Counsel for Pinnacol Assurance*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2023, I caused, via prepaid first class mail, a true and correct copy of the foregoing to be served on all the following parties and counsel pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth as follows:

Nu Style Landscape & Development, LLC
646 Bryant Street
Denver, CO 80204-4122

I HEREBY FURTHER CERTIFY that on October 27, 2023, I caused, via e-mail through CM/ECF, a true and correct copy of the foregoing to be served on all the following parties and counsel pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth as follows:

- **Jean Arnold**   jeanarnold@arnoldarnold.com, sadiegettings@arnoldarnold.com
- **Alan K. Motes**   Alan.Motes@usdoj.gov
- **Bailey C. Pompea**   bpompea@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
- **David M. Rich**   dmrich@comcast.net, sharon@kjblawoffice.com
- **US Trustee**   USTPRegion19.DV.ECF@usdoj.gov
- **Jeffrey Weinman**   jweinman@allen-vellone.com, lkraai@allen-vellone.com;jweinmantrustee@outlook.com;allen-vellone@myecfx.com;la@allen-vellone.com
- **John F. Young**   jyoung@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com

*/s/ Kevin S. Neiman*
Kevin S. Neiman