UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Nu Style Landscape & Development, LLC, | Case No.: 23-14475-TBM |
| EIN 46-3198738 | Chapter: 11 |
| Debtor. | |

**ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED.R.BANKR.P. 3003(c)(3)**

THIS COURT, having reviewed the "Motion for Order Fixing Time Within Which Proofs of Claim Shall Be Filed with the Court" (the "Motion"), filed by the above referenced Debtor, being advised in the premises and good cause having been shown, hereby:

ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Proofs of Claim in the above-captioned Chapter 11 bankruptcy case must be filed no later than December 28, 2023, (the "**Bar Date**").

IT IS FURTHER ORDERED THAT any claims filed after the Bar Date will be DISALLOWED. Any individual or entity that is required to file a Proof of Claim and that fails to do so by the Bar Date will not be treated as a creditor for the purposes of voting or distribution, will not receive any further notices of mailings in this Chapter 11 case and any claim of such individual or entity will be forever barred.

IT IS FURTHER ORDERED that following the Bar Date, a creditor will not be allowed to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by Debtor in its respective bankruptcy schedules.

IT IS FURTHER ORDERED that a copy of this Order, Notice in the form attached to the Debtor's Motion as Exhibit 1, and a Proof of Claim form must be served on all parties-in-interest pursuant to FED.R.BANKR.P. 2002(a)(7) by November 16, 2023.

IT IS FURTHER ORDERED that the form of Proof of Claim transmitted to creditors must comply with Official Form 410 in all respects.

DATED: November 13, 2023.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge