**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Nu Style Landscape & Development, LLC, ) | Case No. 23-14475-TBM |
| ) | Chapter 11 |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S AMENDED APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following creditors to the Official Committee of Unsecured Creditors in this chapter 11 case:

- Edmonson, Inc. dba Arbor Valley Nursery
  c/o Jim Browning
  18539 WCR 4
  Brighton, CO 80603
  Tel.: (303) 654-1682
  Email: jimb@arborvalleynursery.com

- Bobcat of the Rockies
  c/o Nicholas Scholl
  10397 Havana Street
  Henderson, CO 80640
  Tel: (303) 615-3162
  Email: nscholl@bobcatoftherockies.com

- The Milk Block, LLC
  c/o Walid Mourtada
  3801 W. 41st Ave.
  Denver, CO 80211
  Tel.: (720) 543-0121
  Email: walid@kutkuthg.com

Dated: December 4, 2023

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov