# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Nu Style Landscape & Development, LLC, | Case No.: 23-14475-TBM |
| EIN 46-3198738 | Chapter: 11 |
| Debtor. | |

### L.B.R. 9013-1 NOTICE OF THE MOTION TO COMPEL TURNOVER OF PAYROLL REPORTS FROM PAYCHEX, INC. PURSUANT TO 11 U.S.C. §§ 542(a) AND (e)

### OBJECTION DEADLINE: JANUARY 2, 2024

**YOU ARE HEREBY NOTIFIED THAT** Nu Style Landscape & Development, LLC, the Debtor-in-Possession herein, has filed a Motion to Compel Turnover of Payroll Reports from Paychex, Inc. pursuant to 11 U.S.C. §§ 542(a) and (e). Specifically, the Debtor-in-Possession seeks to compel turnover of the Debtor's Q1-Q3 payroll reports from Paychex, Inc.

A copy of the Motion is available for inspection in the Bankruptcy Court Clerk's Office, 721 19th Street, Denver, Colorado 80202 or upon request from the undersigned. If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 19th day of December, 2023.

Respectfully submitted,

By: */s/ Bailey C. Pompea*
Jeffrey A. Weinman, #7605
Bailey C. Pompea, #48597
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
jweinman@allen-vellone.com
bpompea@allen-vellone.com

**COUNSEL FOR NU STYLE LANDSCAPE & DEVELOPMENT, LLC DEBTOR-IN-POSSESSION**