United States Bankruptcy Court
District of Colorado

In re:     Case No. 23-14475-TBM
Nu Style Landscape & Development, LLC     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Jan 03, 2024     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nu Style Landscape & Development, LLC, 646 Bryant Street, Denver, CO 80204-4122 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Bailey C. Pompea | on behalf of Debtor Nu Style Landscape & Development  LLC bpompea@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com |
| David C. Walker | on behalf of Creditor Roller & Associates  Inc. dwalker@bbdfirm.com, jmellott@bbdfirm.com |
| David M. Rich | on behalf of Creditor Just Be You Inc. dba Star Playgrounds dmrich@comcast.net  sharon@kjblawoffice.com |
| David M. Rich | on behalf of Creditor 1370 West Maple Avenue  LLC dmrich@comcast.net, sharon@kjblawoffice.com |
| Harry L. Simon | |

District/off: 1082-1     User: admin     Page 2 of 2
Date Rcvd: Jan 03, 2024     Form ID: pdf904     Total Noticed: 1

District/off: 1082-1     User: admin     Page 2 of 2
Date Rcvd: Jan 03, 2024     Form ID: pdf904     Total Noticed: 1

on behalf of Creditor PNC Equipment Finance LLC hsimon@hlsimonlaw.com mloseke@hlsimonlaw.com

Jean Arnold, I
   on behalf of Creditor DBC Irrigation Supply jeanarnold@arnoldarnold.com sadiegettings@arnoldarnold.com

Jeffrey Weinman
   on behalf of Debtor Nu Style Landscape & Development LLC jweinman@allen-vellone.com, lkraai@allen-vellone.com;jweinmantrustee@outlook.com;allen-vellone@myecfx.com;la@allen-vellone.com;jean-paul.ruiz@goecfx.com

John F. Young
   on behalf of Creditor RJR Holding Company LLC jyoung@markuswilliams.com docket@markuswilliams.com;sschaefer@markuswilliams.com

John H Bernstein
   on behalf of Creditor R.G. Brinkmann Construction Company john.bernstein@kutakrock.com trina.rioux@kutakrock.com

Kelsey Jamie Buechler
   on behalf of Creditor Arbor Valley Nursery jamie@kjblawoffice.com Sharon@kjblawoffice.com

Kevin S. Neiman
   on behalf of Creditor Pinnacol Assurance kevin@ksnpc.com

Michael S. Samelson
   on behalf of Creditor Denver Rock Company & Distribution Center LLC msamelson@wicklaw.com

Patrick R. Akers
   on behalf of Creditor AMCO Insurance Company patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;elisabeth.mason@moyewhite.com;kim.shanley@moyewhite.com

Patrick R. Akers
   on behalf of Creditor Nationwide Insurance Company patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;elisabeth.mason@moyewhite.com;kim.shanley@moyewhite.com

Robert Padjen
   on behalf of Interested Party Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov

Robert J. Shilliday, III
   on behalf of Creditor The Milk Block LLC rjs@shillidaylaw.com

US Trustee
   USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Nu Style Landscape & Development, LLC, | Case No.: 23-14475-TBM |
| EIN 46-3198738 | Chapter: 11 |
| Debtor. | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT OR OTHERWISE RESPOND TO MOTION TO COMPEL ASSUMPTION OR REJECTION OF INSURANCE POLICIES AND FOR ALLOWANCE OF ADMINISTRATIVE PRIORITY CLAIM

THIS MATTER having come before the Court on the Debtor-in-Possession's Unopposed Motion for Extension of Time to Object or Otherwise Respond to Motion to Compel Assumption or Rejection of Insurance Policies and for Allowance of Administrative Claim; the Court having reviewed the Debtor's Motion and being otherwise advised in the premises hereby

ORDERS:

1. The Debtor's Motion is granted as unopposed.

2. The period within which the Debtor may object or otherwise respond to Nationwide Mutual Insurance Company's ("Nationwide") and AMCO Insurance Company's ("AMCO") (collectively, "Movants") Motion to Compel Assumption or Rejection of Insurance Policies and for Allowance of Administrative Priority Claim is hereby extended for a period of two days, through and including **January 4, 2024**.

DATED this 3rd day of January, 2024.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
U.S. Bankruptcy Judge