## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Nu Style Landscape & Development, LLC | Case No. 23-14475 TBM |
| Debtor. | Chapter 11 |

**L.B.R. 9013-1 NOTICE OF (I) DEBTOR'S AMENDED MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105, 363, AND 365, (II) FIRST OMNIBUS MOTION TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO THE SUCCESSFUL BIDDER PURSUANT TO 11 U.S.C. § 365, AND (III) SECOND OMNIBUS MOTION TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO THE SUCCESSFUL BIDDER PURSUANT TO 11 U.S.C. § 365**

## OBJECTION DEADLINE: MAY 22, 2026

NOTICE IS HEREBY GIVEN that Nu Style Landscape & Development, LLC, the debtor-in-possession (the "Movant"), has filed the following Motions: (1) a Motion to Approve Sale of Substantially All of the Debtor's Assets, Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105, 363, and 365 (the "Sale Motion"), (2) a First Omnibus Motion to Assume and Assign Certain Executory Contracts and Unexpired Leases to the Successful Bidder pursuant to 11 U.S.C. § 365 (the "First Assumption and Assignment Motion"), and (3) a Second Omnibus Motion to Assume and Assign Certain Executory Contracts and Unexpired Leases to the Successful Bidder pursuant to 11 U.S.C. § 365 (the "Second Assumption and Assignment Motion"), and requests entry of an order approving the relief requested therein.

Through the Motions, the Movant seeks authority to sell substantially all of its assets to Elevated Landscape Group LLC, a Colorado limited liability company, pursuant to an Asset Purchase Agreement, for a purchase price of $850,000.00 in cash, less any applicable buyer proration amount (if any), plus assumption of certain assumed liabilities, with a $50,000.00 deposit to be applied to the purchase price at closing. The assets are proposed to be sold free and clear of all liens, claims, encumbrances, and interests pursuant to 11 U.S.C. § 363(f), with any such interests to attach to the net sale proceeds in the same validity, priority, and extent. The Motions further seeks approval of the assumption and assignment of certain

executory contracts and unexpired leases pursuant to 11 U.S.C. § 365, a finding that the buyer is a good-faith purchaser under 11 U.S.C. § 363(m), and authorization to waive the fourteen-day stay under Bankruptcy Rules 6004(h) and 6006(d). The Debtor also submits the proposed Cure Amounts for the assumption and assignment of executory contracts and unexpired leases as set forth in the Exhibit(s) to the First Assumption and Assignment Motion and the Second Assumption and Assignment Motion.

The foregoing is a summary and parties should review the Motions and the Asset Purchase Agreement for a complete description of the proposed transaction.

If you oppose the Motions or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state with particularity all grounds and legal bases for the objection. General objections will not be considered. In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without further notice.

Dated: April 29, 2026.

Respectfully submitted,

*/s/ Justin M. Mertz*

Justin M. Mertz
MICHAEL BEST & FRIEDRICH LLP

790 N. Water Street, Suite 2500
Milwaukee, WI 53202
T: 414.225.4972
jmmertz@michaelbest.com

*Counsel for Debtor-In-Possession,*
*Nu Style Landscape & Development, LLC*